| | |
|---|---|
| BINGHAM MCCUTCHEN LLP<br>Holly A. House (SBN 136045)<br>holly.house@bingham.com<br>Brian C. Rocca (SBN 221576)<br>brian.rocca@bingham.com<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286 | MUNGER, TOLLES & OLSON LLP<br>Joseph D. Lee (SBN 110840)<br>joseph.lee@mto.com<br>355 South Grand Avenue, 35th Flr.<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 |
| BINGHAM MCCUTCHEN LLP<br>Gregory F. Wells (SBN 212419)<br>gregory.wells@bingham.com<br>2020 K Street, NW<br>Washington, D.C. 20006-1806<br>Telephone: 202.373.6000<br>Facsimile: 202.373.6001 | MUNGER, TOLLES & OLSON LLP<br>Hojoon Hwang (SBN 184950)<br>hojoon.hwang@mto.com<br>560 Mission Street, 27th Flr.<br>San Francisco, CA 94105-9781<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |
| Attorneys for Defendant<br>IKON Office Solutions, Inc. | Attorneys for Defendant<br>General Electric Capital Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWCAL INDUSTRIES, INC., a California Corporation; CPO, LTD., a California Corporation; PINNACLE DOCUMENT SYSTEMS, INC., a California Corporation; PACIFIC OFFICE AUTOMATION, INC., an Oregon Corporation; and KEARNS BUSINESS SOLUTIONS, INC., a South Carolina Corporation,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC., an Ohio Corporation; and GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware Corporation,<br><br>　　　　　　Defendants. | CASE NO. C 04-2776 JSW<br><br>STIPULATION TO 14-DAY CONTINUANCE OF CASE MANAGEMENT CONFERENCE IN VIEW OF COUNSEL'S SCHEDULE CONFLICTS; [PROPOSED] ORDER THEREON<br><br>Current date: April 15, 2011<br>Continued date: April 29, 2011<br>Time: 1:30 p.m.<br>Ctrm: 11 (Hon. Jeffrey S. White) |

13065331.2

Case No. C 04-2776 JSW
STIPULATION TO 14-DAY CONTINUANCE OF CMC;
[PROPOSED] ORDER THEREON

1     WHEREAS, the Court has scheduled the initial Case Management Conferences in this

2  action and in a related action entitled *Global Services, LLC v. IKON Office Solutions, Inc., et al..,*

3  Case No. C 10-5974 JSW for April 15, 2011, at 1:30 p.m.; and

4     WHEREAS, lead counsel for defendant General Electric Capital (Joseph D. Lee) is

5  currently scheduled to be out of the country on April 15, 2011, on longstanding international

6  travel plans; and

7     WHEREAS, lead counsel for defendant IKON Office Solutions, Inc. (Holly House) is

8  also scheduled to be out of the office on April 15 due to longstanding international travel plans;

9  and

10    WHEREAS, counsel for defendants have requested that the Case Management

11 Conference in this action and the related *Global Services* action be continued two weeks in view

12 of the foregoing schedule conflicts, and counsel for plaintiffs have so agreed on the condition that

13 all deadlines triggered by the April 15 hearing date for the Case Management Conference remain

14 in effect and are unchanged as a result of the continuance of the Case Management Conference,

15 which condition is acceptable to defendants;

16    NOW THEREFORE the parties to this action hereby stipulate and agree, as follows:

17    1.    The Case Management Conference in this action currently calendared for April 15,

18 2011 at 1:30 p.m. shall be continued to April 29, 2011 at 1:30 p.m.; and

19    2.    All deadlines triggered by the April 15 hearing date for the Case Management

20 Conference remain in effect and are unchanged as a result of the continuance of the Case

21 Management Conference.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

13065331.2  - 1 -  Case No. C 04-2776 JSW
STIPULATION TO 14-DAY CONTINUANCE OF CMC;
[PROPOSED] ORDER THEREON

**IT IS SO STIPULATED.**

DATED: February 15, 2011          HENNEFER, FINLEY & WOOD, LLP

By: _____
James A. Hennefer
Attorneys for Plaintiffs

DATED: February 15, 2011          BINGHAM McCUTCHEN LLP

By: _____
Holly A. House
Attorneys for Defendant IKON

DATED: February 15, 2011          MUNGER, TOLLES & OLSON LLP

By: _____
Joseph D. Lee
Attorneys for Defendant GECC

ORDER

Good cause appearing therefore, **IT IS SO ORDERED.**

DATED: February 16, 2011          _____
Hon. Jeffrey S. White
United States District Judge