| | |
|---|---|
| BINGHAM MCCUTCHEN LLP<br>Holly A. House (SBN 136045)<br>holly.house@bingham.com<br>Brian C. Rocca (SBN 221576)<br>brian.rocca@bingham.com<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  415.393.2000<br>Facsimile:  415.393.2286 | MUNGER, TOLLES & OLSON LLP<br>Joseph D. Lee (SBN 110840)<br>joseph.lee@mto.com<br>355 South Grand Avenue. 35th Fl.<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 |
| BINGHAM MCCUTCHEN LLP<br>Gregory F. Wells (SBN 212419)<br>gregory.wells@bingham.com<br>2020 K Street, NW<br>Washington, DC  20006-1806<br>Telephone:  202.373.6000<br>Facsimile:  202.373.6001 | MUNGER, TOLLES & OLSON LLP<br>Hojoon Hwang (SBN 184950)<br>hojoon.hwang@mto.com<br>560 Mission Street, 27th Fl.<br>San Francisco, CA 94105-9781<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |
| Attorneys for Defendant<br>IKON Office Solutions, Inc. | Attorneys for Defendant<br>General Electric Capital Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWCAL INDUSTRIES, INC., a California Corporation; CPO, LTD., a California Corporation; PINNACLE DOCUMENT SYSTEMS, INC., a California Corporation; PACIFIC OFFICE AUTOMATION, INC., an Oregon Corporation; and KEARNS BUSINESS SOLUTIONS, INC., a South Carolina Corporation,<br><br>           Plaintiffs,<br>      v.<br><br>IKON OFFICE SOLUTIONS, INC., an Ohio Corporation; and GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware Corporation,<br><br>           Defendants. | No. C 04-2776 JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS |

A/73663087.5/0795588-0000338099                                                                                   Case No. C 04-2776 JSW

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
FOR MOTION TO DISMISS

1     WHEREAS Northern District of California Local Rules 6-2 and 7-11, and this Court's Civil Standing Order allow parties to file a stipulation requesting a Court order altering time frames set in the Court's rules, the Local Rules or Federal Rules;

     WHEREAS, on March 10, 2011, Defendants IKON Office Solutions, Inc. and General Electric Capital Corporation (collectively "Defendants") are scheduled to answer or otherwise respond to the First Amended Complaint in the above-captioned matter, Case No. 04-2776 ("*NewCal*");

     WHEREAS, on March 10, 2011, Defendants are scheduled to answer or otherwise respond to the Complaint in *Global Services, LLC, et al. v. IKON Office Solutions, Inc., et al.*, Case No. 10-5974 ("*Global Services*"), a related matter;

     WHEREAS, Defendants have advised Plaintiffs of their intention to file separate motions to dismiss in both matters;

     WHEREAS, the parties have conferred regarding the briefing schedule, page limits and hearing date related to the contemplated motions;

     WHEREAS, Defendants believe the contemplated motions are of a complex nature;

     WHEREAS, the parties agree on the need for coordination between the two related matters; and

     WHEREAS, the parties have agreed, subject to the Court's approval, to a schedule and page limitations related to the motions;

     NOW, THEREFORE, the parties hereby stipulate as follows through their counsel of record, subject to the approval of the Court:

     1.     All briefing related to the motions shall conform to the following schedule and page limitations on the parties' memoranda of points and authorities in support of or in opposition to such motions:

| Date | Action | Page Limits (*Global Services* Motion to Dismiss) | Page Limits (*NewCal* Motion to Dismiss) |
|---|---|---|---|
| March 10, 2011 | Motions | 20 pages | 15 pages |

| | | | |
|---|---|---|---|
| April 18, 2011 | Oppositions | ~~25~~ 20 pages | 15 pages |
| May 6, 2011 | Replies | 15 pages | 15 pages |
| May 20, 2011  9:00 a.m. | Hearing | | |

**IT IS SO STIPULATED.**

DATED: February 22, 2011                HENNEFER & WOOD

                                        By:           /s/
                                            James A. Hennefer
                                            Attorneys for Plaintiffs

DATED: February 22, 2011                BINGHAM McCUTCHEN LLP

                                        By:           /s/
                                            Holly A. House
                                            Attorneys for Defendant IKON

DATED: February 22, 2011
                                        MUNGER, TOLLES & OLSON LLP

                                        By:           /s/
                                            Joseph D. Lee
                                            Attorneys for Defendant GECC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
**It is further ORDERED that the case management conference is continued from 4/29/2011 to 6/24/2011 at 1:30p.m.**

DATED: February 23, 2011

                                        _____
                                        The Honorable Jeffrey S. White
                                        United States District Court Judge

A/73663087.5/0795588-0000338099                                    Case No. C 04-2776 JSW

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
FOR MOTION TO DISMISS