IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWCAL INDUSTRIES, INC., ET AL,<br><br>Plaintiffs,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC., ET AL,<br><br>Defendants. | No. C 04-02776 JSW<br><br>**ORDER VACATING HEARING** |

Defendants' motion to dismiss or alternative sanctions for failure to prosecute is set for hearing on March 4, 2011. The matter is now fully briefed and ripe for consideration. The Court finds that the matter is appropriate for disposition without oral argument and is deemed submitted. *See* Civ. L.R. 7-19(b). Accordingly, the hearing set for March 4, 2011, is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: February 25, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE