| | |
|---|---|
| BINGHAM MCCUTCHEN LLP<br>Holly A. House (SBN 136045)<br>holly.house@bingham.com<br>Brian C. Rocca (SBN 221576)<br>brian.rocca@bingham.com<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286 | MUNGER, TOLLES & OLSON LLP<br>Joseph D. Lee (SBN 110840)<br>joseph.lee@mto.com<br>355 South Grand Avenue, 35th Flr.<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 |
| BINGHAM MCCUTCHEN LLP<br>Gregory F. Wells (SBN 212419)<br>gregory.wells@bingham.com<br>2020 K Street, NW<br>Washington, D.C. 20006-1806<br>Telephone: 202.373.6000<br>Facsimile: 202.373.6001 | MUNGER, TOLLES & OLSON LLP<br>Hojoon Hwang (SBN 184950)<br>hojoon.hwang@mto.com<br>560 Mission Street, 27th Flr.<br>San Francisco, CA 94105-9781<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |
| Attorneys for Defendant<br>IKON Office Solutions, Inc. | Attorneys for Defendant<br>General Electric Capital Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWCAL INDUSTRIES, INC., a California Corporation; CPO, LTD., a California Corporation; PINNACLE DOCUMENT SYSTEMS, INC., a California Corporation; PACIFIC OFFICE AUTOMATION, INC., an Oregon Corporation; and KEARNS BUSINESS SOLUTIONS, INC., a South Carolina Corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC., an Ohio Corporation; and GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware Corporation,<br><br>                Defendants. | CASE NO. C 04-2776 JSW<br><br>STIPULATION TO 7-DAY CONTINUANCE OF CASE MANAGEMENT CONFERENCE IN VIEW OF COUNSEL'S SCHEDULE CONFLICTS; [PROPOSED] ORDER THEREON<br><br>Current date: August 26, 2011<br>Continued date: September 2, 2011<br>Time: 1:30 p.m.<br>Ctrm: 11 (Hon. Jeffrey S. White) |

1  WHEREAS, the Court has scheduled the initial Case Management Conferences in this
2  action and in a related action entitled *Global Services, LLC v. IKON Office Solutions, Inc., et al..,*
3  Case No. C 10-5974 JSW for August 26, 2011, at 1:30 p.m.; and
4  WHEREAS, lead counsel for defendant General Electric Capital (Joseph D. Lee) is
5  currently scheduled to be out of the office on August 26, 2011, on longstanding family travel
6  plans; and
7  WHEREAS, counsel for defendants have requested that the Case Management
8  Conference in this action and the related *Global Services* action be continued one week in view of
9  the foregoing schedule conflict, and counsel for plaintiffs have so agreed on the condition that all
10  deadlines triggered by the August 26 hearing date for the Case Management Conference remain
11  in effect and are unchanged as a result of the continuance of the Case Management Conference,
12  which condition is acceptable to defendants;
13  NOW THEREFORE the parties to this action hereby stipulate and agree, as follows:
14  1.  The Case Management Conference in this action currently calendared for August
15  26, 2011 at 1:30 p.m. shall be continued to September 2, 2011 at 1:30 p.m.; and
16  2.  All deadlines triggered by the August 26 hearing date for the Case Management
17  Conference remain in effect and are unchanged as a result of the continuance of the Case
18  Management Conference.
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

- 1 -

Case No. C 04-2776 JSW
STIPULATION TO 7-DAY CONTINUANCE OF CMC;
[PROPOSED] ORDER THEREON


IT IS SO STIPULATED.

DATED: July 15, 2011          HENNEFER, FINLEY & WOOD, LLP

By: _____
James A. Hennefer
Attorneys for Plaintiffs

DATED: July 19, 2011          BINGHAM McCUTCHEN LLP

By: _____
Holly A. House
Attorneys for Defendant IKON

DATED: July 19, 2011

MUNGER, TOLLES & OLSON LLP

By: _____
Joseph D. Lee
Attorneys for Defendant GECC

ORDER

Good cause appearing therefore, **IT IS SO ORDERED**.

DATED: July  20  2011          _____
Hon. Jeffrey S. White
United States District Judge