**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| NEWCAL INDUSTRIES, INC., *et al.*, | No. C 04-02776 JSW (LB) |
|    Plaintiffs,<br> v.<br>IKON OFFICE SOLUTIONS, INC., *et al.*,<br>   Defendants.<br>_____/ | |
| GLOBAL SERVICES, LLC, *et al.*, | No. C 10-05974 LB |
|    Plaintiffs,<br> v.<br>IKON OFFICE SOLUTIONS, *et al.*,<br>   Defendants.<br>_____/ | **NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

  The district court has referred all discovery, including the issues described in the parties' joint case management statement filed at ECF 137, to United States Magistrate Judge Laurel Beeler. Referral Order, ECF No. 140 at 1.

  The Court directs the parties to comply with the procedures for addressing discovery disputes set forth in Judge Beeler's standing order (attached). Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person**. If that procedure does not resolve the disagreement, the parties must file a joint letter instead of a formal motion. After reviewing the joint letter, the Court will

C 04-02776 JSW (LB)
NOTICE OF REFERRAL AND ORDER

1. evaluate whether further proceedings are necessary, including any further briefing or argument.
2. **IT IS SO ORDERED.**
3. Dated: January 11, 2012

   LAUREL BEELER
   United States Magistrate Judge