1
2
3
4
5
6
7
8

UNITED STATES  DISTRICT COURT

9

Northern District of California

10

Oakland Division

11

NEWCAL INDUSTRIES, INC., *et al.*,                    No. C 04-02776 JSW (LB)

12

Plaintiffs,

13

v.

IKON OFFICE SOLUTIONS, INC.,  *et al.*,

14

Defendants.

15

_____/

16

No. C 10-05974 LB

GLOBAL SERVICES, LLC, *et al.*,

17

Plaintiffs,

18

v.

**NOTICE OF REFERRAL AND
ORDER RE DISCOVERY
PROCEDURES**

IKON OFFICE SOLUTIONS, *et al.*,

19

Defendants.

20

_____/

21

TO ALL PARTIES AND COUNSEL OF RECORD:

22

The district court has referred all discovery, including the issues described in the parties' joint

23

case management statement filed at ECF 137, to United States Magistrate Judge Laurel Beeler.

24

Referral Order, ECF No. 140 at 1.

25

The Court directs the parties to comply with the procedures for addressing discovery disputes set

26

forth in Judge Beeler's standing order (attached).  Those procedures require, among other things, that

27

if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties

28

must meet and confer **in person**.  If that procedure does not resolve the disagreement, the parties

must file a joint letter instead of a formal motion.  After reviewing the joint letter, the Court will

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1    evaluate whether further proceedings are necessary, including any further briefing or argument.

2        **IT IS SO ORDERED.**

3    Dated: January 11, 2012

     LAUREL BEELER
4    United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California