| | |
|---|---|
| 1  James A. Hennefer (SBN 059490)<br>   HENNEFER, FINLEY & WOOD, LLP<br>2  425 California Street, 19th Floor<br>   San Francisco, CA 94104-2296<br>3  Telephone: (415) 421-6100<br>   jhennefer@hennefer-wood.com<br>4 | Maxwell M. Blecher (SBN 026202)<br>Donald R. Pepperman (SBN109809)<br>BLECHER & COLLINS, P.C.<br>515 South Figueroa, Suite 1750<br>Los Angeles, CA  90071<br>Telephone:  (213) 622-4222<br>mblecher@blechercollins.com |
| 5  Attorneys for Plaintiffs | Attorneys for Plaintiffs |
| 6  Joseph D. Lee (SBN 110840)<br>   MUNGER, TOLLES & OLSON LLP<br>7  355 South Grand Avenue. 35th Fl.<br>   Los Angeles, CA 90071-1560<br>8  Telephone: (213) 683 9100<br>   joseph.lee@mto.com<br>9 | Brian C. Rocca (SBN 221576)<br>BINGHAM MCCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393 2000<br>brian.rocca@bingham.com |
| 10 Attorneys for Defendant<br>   General Electric Capital Corporation | Attorneys for Defendant<br>IKON Office Solutions, Inc. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWCAL INDUSTRIES, INC., *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>IKON OFFICE SOLUTIONS, *et al.*<br><br>   Defendants.<br>_____ | No. C 04-2776-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| GLOBAL SERVICES, LLC, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>IKON OFFICE SOLUTIONS, *et al.*,<br><br>   Defendants.<br>_____ | No. C 10-5974 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Judge: Honorable Jeffrey S. White |

| | |
|---|---|
| STIPULATION AND [PROPOSED] ORDER<br>FOR FILING OF SECOND AMENDED COMPLAINTS | *NewCal Industries, Inc., et al. v. IKON Office Solutions, Inc., et al.*<br>Case No. C-04-2776 JSW<br>*Global Services, LLC. et al. v. IKON Office Solutions, Inc. et al.*<br>Case No. C-10-5974 JSW |

- 1 -

In order to conserve the parties' and the Court's time and resources, Plaintiffs and Defendants in above-captioned cases stipulate as follows.

1. The operative complaint in the *NewCal, Industries, Inc. et al. v. IKON Office Solutions*, Inc. et al. Case, No. C-04-2776 JSW ("*NewCal*"), is the First Amended Complaint. It was filed on February 14, 2005, as Doc. No. 24.

2. The operative complaint in the *Global Services LLC, et al. v. IKON Office Solutions, Inc. et al.*, Case, No. C-10-5874 JSW, ("*Global Services*"), is the First Amended Complaint. It was filed on June 24, 2011, as Doc. No. 38.

3. On January 5, 2012, the first Case Management Conference for both the *NewCal* and the *Global Services* was held by the Court.

4. At the Case Management Conference the Court set pretrial dates for these cases and a trial date of June 3, 2013. The Court, in its Civil Minute Order for this Case Management Conference, ordered that "Plaintiffs shall submit amended complaints to Defendants by no later than 1-10-12. If the parties cannot agree on a stipulation, Plaintiff shall file a motion for leave to amend by no later than January 27, 2012."

5. Plaintiffs submitted Second Amended Complaints in both the *NewCal* and the *Global Services* cases under this order, and Plaintiffs and Defendants agreed to stipulate to the filing of these Second Amended Complaints, copies of which are attached.

6. Plaintiffs and Defendants therefore stipulate that Plaintiffs shall have leave to file the attached Second Amended Complaints, on the conditions that:

    a. Defendants preserve all defenses to the claims asserted in the Second Amended Complaints;

    b. Defendants do not admit the truth of any of the allegations in the Second Amended Complaints; and

    c. Defendants shall have thirty (30) days following the filing of the Second Amended Complaints to answer or otherwise respond to them.

STIPULATION AND [PROPOSED] ORDER  *NewCal Industries, Inc., et al. v. IKON Office Solutions, Inc., et al.*
FOR FILING OF SECOND AMENDED COMPLAINTS  Case No. C-04-2776 JSW
*Global Services, LLC. et al. v. IKON Office Solutions, Inc. et al.*
Case No. C-10-5974 JSW

- 2 -

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated: January 27, 2012        BINGHAM McCUTCHEN LLP


By:        /s/ Brian C. Rocca
Brian C. Rocca
Attorneys for Defendant
IKON Office Solutions, Inc.


Dated: January 27, 2012        MUNGER TOLLES & OLSON LLP


By:        /s/ Joseph D. Lee
Joseph D. Lee
Attorneys for Defendant
General Electric Capital Corporation


Dated: January 27, 2012        HENNEFER FINLEY & WOOD LLP


By:        /s/ James A. Hennefer
James A. Hennefer
Attorneys for Plaintiffs


IT IS SO ORDERED: **Plaintiffs shall file and serve the Amended Complaints by no later than February 3, 2012.**

Dated: January 31, 2012        By  *[signature]*
Jeffrey S. White
United States District Court Judge

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
FOR FILING OF SECOND AMENDED COMPLAINTS

*NewCal Industries, Inc., et al. v. IKON Office Solutions, Inc., et al.*
Case No. C-04-2776 JSW
*Global Services, LLC. et al. v. IKON Office Solutions, Inc. et al.*
Case No. C-10-5974 JSW

- 3 -