1  James A. Hennefer (SBN 059490)                Maxwell M. Blecher (SBN 026202)
   HENNEFER, FINLEY & WOOD, LLP                  Donald R. Pepperman (SBN109809)
2  425 California Street, 19th Floor             BLECHER & COLLINS, P.C.
   San Francisco, CA 94104-2296                  515 South Figueroa, Suite 1750
3  Telephone: (415) 421-6100                     Los Angeles, CA   90071
   jhennefer@hennefer-wood.com                   Telephone:  (213) 622-4222
4                                                mblecher@blechercollins.com

5  Attorneys for Plaintiffs                      Attorneys for Plaintiffs

6  Joseph D. Lee (SBN 110840)                    Brian C. Rocca (SBN 221576)
   MUNGER, TOLLES & OLSON LLP                    BINGHAM MCCUTCHEN LLP
7  355 South Grand Avenue. 35th Fl.              Three Embarcadero Center
   Los Angeles, CA 90071-1560                    San Francisco, CA 94111-4067
8  Telephone: (213) 683 9100                     Telephone: (415) 393 2000
   joseph.lee@mto.com                            brian.rocca@bingham.com
9
   Attorneys for Defendant                       Attorneys for Defendant
10 General Electric Capital Corporation          IKON Office Solutions, Inc.

11

12

13                    IN THE UNITED STATES DISTRICT COURT

14                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16
   NEWCAL INDUSTRIES, INC., *et al.*,            )
17                                               )    No. C 04-2776-JSW
        Plaintiffs,                              )
18                                               )    **STIPULATION AND [PROPOSED] ORDER
        v.                                       )    FOR LEAVE TO FILE SECOND AMENDED
19                                               )    COMPLAINT**
   IKON OFFICE SOLUTIONS, *et al.*               )
20                                               )
        Defendants.                              )
21 _____        )
                                                 )           5974
22 GLOBAL SERVICES, LLC, *et al.*,               )    No. C 10-5947 JSW
                                                 )
23      Plaintiffs,                              )
                                                 )
24      v.                                       )    **STIPULATION AND [PROPOSED] ORDER
                                                 )    FOR LEAVE TO FILE SECOND AMENDED
25 IKON OFFICE SOLUTIONS, *et al.*,              )    COMPLAINT**
                                                 )
26      Defendants.                              )
   _____        )
27                                               )    Judge: Honorable Jeffrey S. White

28

   STIPULATION AND [PROPOSED] ORDER              *NewCal Industries, Inc., et al. v. IKON Office Solutions, Inc., et al.*
   FOR FILING OF SECOND AMENDED COMPLAINTS                        Case No. C-04-2776 JSW
                                                 *Global Services, LLC. et al. v. IKON Office Solutions, Inc. et al.*
                                                                  Case No. C-10-5974 JSW

                                    - 1 -

1    In order to conserve the parties' and the Court's time and resources, Plaintiffs and

2  Defendants in above-captioned cases stipulate as follows.

3    1.    The operative complaint in the *NewCal, Industries, Inc. et al. v. IKON Office*

4  *Solutions*, Inc. et al. Case, No. C-04-2776 JSW ("*NewCal*"), is the First Amended Complaint. It

5  was filed on February 14, 2005, as Doc. No. 24.

6    2.    The operative complaint in the *Global Services LLC, et al. v. IKON Office*

7  *Solutions, Inc. et al.*, Case, No. C-10-5874 JSW, ("*Global Services*"), is the First Amended

8  Complaint.  It was filed on June 24, 2011, as Doc. No. 38.

9    3.    On January 5, 2012, the first Case Management Conference for both the *NewCal*

10  and the *Global Services* was held by the Court.

11    4.    At the Case Management Conference the Court set pretrial dates for these cases and

12  a trial date of June 3, 2013.  The Court, in its Civil Minute Order for this Case Management

13  Conference, ordered that "Plaintiffs shall submit amended complaints to Defendants by no later

14  than 1-10-12. If the parties cannot agree on a stipulation, Plaintiff shall file a motion for leave to

15  amend by no later than January 27, 2012."

16    5.    Plaintiffs submitted Second Amended Complaints in both the *NewCal*  and the

17  *Global Services* cases under this order, and Plaintiffs and Defendants agreed to stipulate to the

18  filing of these Second Amended Complaints, copies of which are attached.

19    6.    Plaintiffs and Defendants therefore stipulate that Plaintiffs shall have leave to file

20  the attached Second Amended Complaints, on the conditions that:

21    a.    Defendants preserve all defenses to the claims asserted in the Second Amended

22        Complaints;

23    b.    Defendants do not admit the truth of any of the allegations in the Second Amended

24        Complaints; and

25    c.    Defendants shall have thirty (30) days following the filing of the Second Amended

26        Complaints to answer or otherwise respond to them.

27

28

STIPULATION AND [PROPOSED] ORDER                *NewCal Industries, Inc., et al. v. IKON Office Solutions, Inc., et al.*
FOR FILING OF SECOND AMENDED COMPLAINTS                              Case No. C-04-2776 JSW
                                                *Global Services, LLC. et al. v. IKON Office Solutions, Inc. et al.*
                                                                    Case No. C-10-5974 JSW

- 2 -

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

2

3    Dated: January 27, 2012                    BINGHAM McCUTCHEN LLP

4

5                                               By:        /s/ Brian C. Rocca

6                                                      Brian C. Rocca
                                                    Attorneys for Defendant
7                                                   IKON Office Solutions, Inc.

8

9    Dated: January 27, 2012                    MUNGER TOLLES & OLSON LLP

10

11                                              By:        /s/ Joseph D. Lee

12                                                     Joseph D. Lee
                                                   Attorneys for Defendant
13                                             General Electric Capital Corporation

14

15
     Dated: January 27, 2012                    HENNEFER FINLEY & WOOD LLP
16

17
                                                By:        /s/ James A. Hennefer
18
                                                       James A. Hennefer
19                                                     Attorneys for Plaintiffs

20

21
     IT IS SO ORDERED: **Plaintiffs shall file and serve the Amended Complaints by no later than**
22   **February 3, 2012.**

23
     Dated: January 31, 2012                    By _____
24
                                                       Jeffrey S. White
25                                                 United States District Court Judge

26

27

28

STIPULATION AND [PROPOSED] ORDER                *NewCal Industries, Inc., et al. v. IKON Office Solutions, Inc., et al.*
FOR FILING OF SECOND AMENDED COMPLAINTS         Case No. C-04-2776 JSW
                                                *Global Services, LLC. et al. v. IKON Office Solutions, Inc. et al.*
                                                Case No. C-10-5974 JSW