| | |
|---|---|
| CROWELL & MORING LLP<br>Beatrice B. Nguyen (SBN 172961)<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: 415.986.2800<br>Facsimile: 415.986.2827<br>bbnguyen@crowell.com | BINGHAM McCUTCHEN LLP<br>Brian C. Rocca (SBN 221576)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>brian.rocca@bingham.com |
| CROWELL & MORING LLP<br>Kent A. Gardiner (*pro hac vice pending*)<br>Shari Ross Lahlou (*pro hac vice pending*)<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: 202.624.2500<br>kgardiner@crowell.com<br>slahlou@crowell.com | BINGHAM McCUTCHEN LLP<br>Gregory F. Wells (SBN 212419)<br>2020 K Street, NW<br>Washington, DC 20006-1806<br>Telephone: 202.373.6000<br>gregory.wells@bingham.com |

Attorneys for Defendant
IKON Office Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWCAL INDUSTRIES, INC., a California Corporation; CPO, LTD., a California Corporation; PINNACLE DOCUMENT SYSTEMS, INC., a California Corporation; PACIFIC OFFICE AUTOMATION, INC., an Oregon Corporation; and KEARNS BUSINESS SOLUTIONS, INC., a South Carolina Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC., an Ohio Corporation; and GENERAL ELECTRIC CAPITAL SERVICES, INC., a Connecticut Corporation,<br><br>Defendants. | Case No. C 04-2776 JSW<br><br>**NOTICE OF CHANGE IN COUNSEL; [PROPOSED] ORDER** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

NOTICE OF CHANGE IN COUNSEL;
[PROPOSED] ORDER; CASE NO. C 04-2776 JSW

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant IKON Office Solutions, Inc. ("IKON") hereby substitutes Crowell & Moring LLP as counsel of record in the above-referenced action in place of Paul Hastings LLP. Bingham McCutchen LLP shall remain co-counsel of record for IKON. All documents served on IKON should be addressed as follows:

| CROWELL & MORING LLP | BINGHAM MCCUTCHEN LLP |
|---|---|
| BEATRICE B. NGUYEN (SBN 172961) | BRIAN C. ROCCA (SBN 221576) |
| 275 Battery Street, 23rd Floor | Three Embarcadero Center |
| San Francisco, CA 94111 | San Francisco, CA 94111-4067 |
| Telephone: 415.986.2800 | Telephone: 415.393.2000 |
| bbnguyen@crowell.com | brian.rocca@bingham.com |
| | |
| CROWELL & MORING LLP | BINGHAM MCCUTCHEN LLP |
| KENT A. GARDINER | GREGORY F. WELLS (SBN 212419) |
| SHARI ROSS LAHLOU | 2020 K Street, NW |
| 1001 Pennsylvania Avenue, N.W. | Washington, DC 20006-1806 |
| Washington, DC 20004-2595 | Telephone: 202.373.6000 |
| Telephone: 202.624.2500 | gregory.wells@bingham.com |
| kgardiner@crowell.com | |
| slahlou@crowell.com | |

I consent to this change in counsel.

DATED: January 27, 2012                CROWELL & MORING LLP

By: _____/s/_____
Beatrice B. Nguyen
Attorneys for Defendant
IKON Office Solutions, Inc.

I consent to this change in counsel.

DATED: January 27, 2012                PAUL HASTINGS LLP

By: _____/s/_____
Holly A. House
Former Attorneys for Defendant
IKON Office Solutions, Inc.

I consent to this change in counsel.

DATED: January 27, 2012                IKON OFFICE SOLUTIONS, INC.

By: _____/s/_____
Bethann Jakoboski
Vice President, Compliance

CROWELL
& MORING LLP
ATTORNEYS AT LAW

NOTICE OF CHANGE IN COUNSEL;
[PROPOSED] ORDER; CASE NO. C 04-2776 JSW

**FILER'S ATTESTATION**

I, Beatrice B. Nguyen, hereby attest that concurrence in the filing of this Notice of Change in Counsel has been obtained from each of the other signatories listed above, each of whom authorizes me to affix her electronic signature to this Notice of Change in Counsel.

Respectfully submitted,

Dated: January 27, 2012

CROWELL & MORING LLP

By: _____/s/_____
Beatrice B. Nguyen
Attorneys for Defendant
IKON Office Solutions, Inc.

**IT IS SO ORDERED.**

Dated: January 31, 2012

___/s/ Jeffrey S. White___
HON. JEFFREY S. WHITE
United States District Judge

DCACTIVE-17399319.1