**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWCAL INDUSTRIES, INC., ET AL, | No. C 04-02776 JSW (DMR) |
| Plaintiffs, | |
| v. | |
| IKON OFFICE SOLUTIONS, INC., ET AL, | |
| Defendants. | |
| _____/ | |
| GLOBAL SERVICES, LLC, ET AL, | No. C 10-5974 JSW (DMR) |
| Plaintiffs, | |
| v. | **ORDER GRANTING REQUEST FOR LEAVE TO MAKE PRESENTATION AT SETTLEMENT CONFERENCE** |
| IKON OFFICE SOLUTIONS, INC., ET AL, | |
| Defendants. | |
| _____/ | |

The court is in receipt of the parties' joint letter dated April 11, 2012, requesting leave to make presentations at the beginning of the settlement conference set for April 13, 2012, to be held in Courtroom 2, 4th Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The court hereby GRANTS the request as set forth in the letter.

If any party plans to use electronic equipment during their presentation, counsel must file, by no later than 4:00 p.m. on April 12, 2012, a proposed order granting permission to bring to the courtroom any electronic equipment or oversized equipment that cannot be scanned through the court's security machines, listing the specific equipment that will be brought into the courtroom.

IT IS SO ORDERED.

Dated: April 12, 2012

_____
DONNA M. RYU
United States Magistrate Judge