UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWCAL INDUSTRIES, INC., ET AL, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>IKON OFFICE SOLUTIONS, INC., ET AL, <br><br>　　　　Defendants. <br>_____/ <br>GLOBAL SERVICES, LLC, ET AL, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>IKON OFFICE SOLUTIONS, INC., ET AL, <br><br>　　　　Defendants. <br>_____/ | No. C 04-02776 JSW  (DMR) <br><br><br><br><br><br><br>No. C 10-5974 JSW  (DMR) <br><br><br>**ORDER GRANTING REQUEST FOR LEAVE TO MAKE PRESENTATION AT SETTLEMENT CONFERENCE** |

　　　　The court is in receipt of the parties' joint letter dated April 11, 2012, requesting leave to make presentations at the beginning of the settlement conference set for April 13, 2012, to be held in Courtroom 2, 4th Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The court hereby GRANTS the request as set forth in the letter.

　　　　If any party plans to use electronic equipment during their presentation, counsel must file, by no later than 4:00 p.m. on April 12, 2012, a proposed order granting permission to bring to the courtroom any electronic equipment or oversized equipment that cannot be scanned through the court's security machines, listing the specific equipment that will be brought into the courtroom.

IT IS SO ORDERED.

Dated: April 12, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge