1  James A. Hennefer (SBN 059490)
   HENNEFER, FINLEY & WOOD, LLP
2  425 California Street, 19th Floor
   San Francisco, CA 94104-2296
3  Telephone: (415) 421-6100
   jhennefer@hennefer-wood.com
4
   Maxwell M. Blecher (SBN 026202)
5  Donald R. Pepperman (SBN109809)
   BLECHER & COLLINS, P.C.
6  515 South Figueroa, Suite 1750
   Los Angeles, CA   90071
7  Telephone:  (213) 622-4222
   mblecher@blechercollins.com
8
   Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWCAL INDUSTRIES, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> IKON OFFICE SOLUTIONS, *et al.* <br><br> Defendants. | No. C 04-2776-JSW <br><br> [P<small>ROPOSED</small>] O<small>RDER</small> R<small>E</small> D<small>ISCOVERY OF</small> C<small>USTOMER</small> I<small>NFORMATION</small> |
| GLOBAL SERVICES, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> IKON OFFICE SOLUTIONS, *et al.*, <br><br> Defendants. | No. C 10-5947- JSW <br><br> [P<small>ROPOSED</small>] O<small>RDER</small> R<small>E</small> D<small>ISCOVERY OF</small> C<small>USTOMER</small> I<small>NFORMATION</small> <br><br> Magistrate Judge Laurel Beeler |

By Order of Referral on January 4, 2012, Judge Jeffrey S. White referred all discovery matters in the two above-captioned, related cases, *NewCal, Industries, Inc. et al. v. IKON Office Solutions*, Inc. et al.

[P<small>ROPOSED</small>] O<small>RDER</small>　　　　　　　　　　　　　　　*NewCal Industries, Inc., et al. v. IKON Office Solutions, Inc., et al.*
R<small>E</small> D<small>ISCOVERY OF</small>　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C-04-2776 JSW
C<small>USTOMER</small> I<small>NFORMATION</small>　　　　　　　　*Global Services, LLC. et al. v. IKON Office Solutions, Inc. et al.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C-10-5974 JSW
- 1 -

1  Case, No. C-04-2776 JSW ("*NewCal*") and *Global Services LLC, et al. v. IKON Office Solutions, Inc.
2  et al.*, Case, No. C-10-5874 JSW, ("*Global Services*") to a randomly assigned Magistrate Judge. (Doc.
3  No. 140)  By Referral Order (ECF No. 140 at 1) on January 13, 2012, Magistrate Judge Laurel Beeler
4  was assigned to the cases for all discovery matters.

5        On April 25, 2012 at 11:00 a.m., at the joint request of the parties, filed in *NewCal* as Doc. No.
6  159  and in *Global Services* as Doc. No. 82, Judge Beeler held a telephonic discovery hearing
7  ("Hearing") regarding the issue of discovery of defendants' customers' identities and other relevant
8  commercial information about such customers ("Customer Information").  Attending the Hearing by
9  telephone were James A. Hennefer for plaintiffs, Joseph D. Lee and Hojoon Hwang for defendant
10 General Electric Capital Corporation ("GE Capital"), and Brian C. Rocca and Shari Ross Lalou for
11 defendant IKON Office Solutions, Inc. ("IKON").

12       At the Hearing counsel for plaintiffs orally moved the Court for an order that defendants be
13 compelled to produce Customer Information where such information has been properly sought, is
14 relevant and would otherwise be produced during the course of discovery absent concerns about
15 privacy and confidentiality.  Counsel represented to the Court that such information would be subject
16 to and protected by the terms of the Stipulated Protective Order for Related Cases, filed in *NewCal* as
17 Doc. No. 133 and filed in *Global* as Doc. No. 54 ("Stipulated Protective Order") and would be
18 designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."  Counsel for GE Capital
19 argued that, absent a court order to produce Customer Information, GE Capital has obligations to
20 protect the confidentiality and privacy of such customer information.

21       The Court, having reviewed the pleadings in the case, being fully informed and after argument
22 of counsel, determined that the Stipulated Protective Order sufficiently protects the confidentiality of
23 Customer Information.

24 IT IS THEREFORE ORDERED:

25     1.    Defendants are hereby ordered to produce Customer Information where such
26         information has been properly sought and is producible during the course of discovery
27         in these cases.

28

[P<small>ROPOSED</small>] O<small>RDER</small> *NewCal Industries, Inc., et al. v. IKON Office Solutions, Inc., et al.*
R<small>E</small> D<small>ISCOVERY OF</small> Case No. C-04-2776 JSW
C<small>USTOMER</small> I<small>NFORMATION</small> *Global Services, LLC. et al. v. IKON Office Solutions, Inc. et al.*
 Case No. C-10-5974 JSW
- 2 -

2. When produced, such information may be designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Stipulated Protective Order and shall be subject to and protected by the terms of the Stipulated Protective Order.

IT IS SO ORDERED:

Dated: "Cr tkr'47."4234"

_____
Honorable Laurel Beeler
United States District Court Magistrate Judge

[PROPOSED] ORDER
RE DISCOVERY OF
CUSTOMER INFORMATION

*NewCal Industries, Inc., et al. v. IKON Office Solutions, Inc., et al.*
Case No. C-04-2776 JSW
*Global Services, LLC. et al. v. IKON Office Solutions, Inc. et al.*
Case No. C-10-5974 JSW

- 3 -