1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWCAL INDUSTRIES, INC., *et al.*, <br><br>         Plaintiffs, <br>    v. <br> IKON OFFICE SOLUTIONS, INC., *et al.*, <br><br>         Defendants. | Civil No. 04-2776 JSW |
| GLOBAL SERVICES, LLC, *et al*. <br><br>         Plaintiffs, <br>    v. <br> IKON OFFICE SOLUTIONS, INC., *et al*, <br><br>         Defendants. | Civil No. 10-5974 JSW <br><br> **[PROPOSED]** <br> **ORDER GRANTING REQUESTS FOR LEAVE TO MAKE PRESENTATIONS AT FURTHER SETTLEMENT CONFERENCE AND TO BRING EQUIPMENT FOR PRESENTATIONS** <br><br> Date:        May 29, 2012 <br> Time:       11:00 a.m. <br> Courtroom: TBD <br> Judge:      Hon. Donna M. Ryu |

The Court is in receipt of the parties' joint letter dated May 17, 2012, requesting leave to make presentations at the beginning of the further settlement conference set for May 29, 2012, and leave to bring the following electronic or oversized equipment into the courtroom for use by both parties to make their respective presentations:

- Epson H368 A LCD projector (12" x 9" x 3")
- Remote control for projector (with batteries)

1 
- Medium projection screen (67" x 6.5" when folded)
- Two laptop computers (with power cords)
- Two extension cords (6' and 25')
- Two VGA cables

Having considered the requests, the Court hereby GRANTS the requests and ORDERS as follows:

1. The parties are permitted to make presentations at the beginning of the further settlement conference as set forth in the letter.

2. Defendants may bring the above-listed equipment into the courtroom for use by both parties to make their respective presentations.

**IT IS SO ORDERED.**

DATED: May 22 , 2012

By: _____
The Honorable Donna M. Ryu
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

Case Nos. 04-2776 and 10-5974

[PROPOSED] ORDER GRANTING REQUESTS FOR LEAVE TO MAKE PRESENTATIONS AT FURTHER SETTLEMENT CONFERENCE AND TO BRING EQUIPMENT FOR PRESENTATION