IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWCAL INDUSTRIES, INC., *et al.*, | |
| Plaintiffs, | No. C 04-2776-JSW |
| v. | |
| IKON OFFICE SOLUTIONS, *et al.* | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND OTHER PRETRIAL DEADLINES** |
| Defendants. | |
| GLOBAL SERVICES, LLC, *et al.*, | No. C 10-5974-JSW |
| Plaintiffs, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND OTHER PRETRIAL DEADLINES** |
| IKON OFFICE SOLUTIONS, *et al.*, | |
| Defendants. | |

The Court has received the parties' joint case management conference statement. It is HEREBY ORDERED that the case management conference scheduled for June 8, 2012 at 1:30 p.m. is CONTINUED to October 12, 2012 at 1:30 p.m. A further joint case management statement shall be due by October 5, 2012.

It is FURTHER ORDERED that the deadline to hear dispositive motions is HEREBY CONTINUED from March 1, 2013 to April 5, 2013 at 9:00 a.m. The pretrial conference is continued from May 13, 2013 to June 10, 2013 at 2:00 p.m., and the trial is CONTINUED from June 3, 2013 to July 1, 2013 at 8:00 a.m.

//

It is FURTHER ORDERED that the deadline to hear a motion to sever these cases for trial shall be no later than April 5, 2013 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 4, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE