UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| NEWCAL INDUSTRIES, INC., *et al.*, | No. C 04-02776 JSW (LB) |
| Plaintiffs, | |
| v. | ORDER SETTING CALL ON DISCOVERY LETTER BRIEF |
| IKON OFFICE SOLUTIONS, INC., *et al.*, | |
| Defendants. | |
| _____/ | |
| GLOBAL SERVICES, LLC, *et al.*, | |
| Plaintiffs, | No. C 10-05974 JSW (LB) |
| v. | |
| IKON OFFICE SOLUTIONS, INC., *et al.*, | |
| Defendants. | |
| _____/ | |

The parties have a discovery dispute. *See* ECF No. 172. The court would like to schedule a conference call for either Thursday, August 2, 2012, at 11 a.m., Wednesday, August 8, 2012 at 10:30 a.m., or Friday, August 10, 2012 at 11 a.m. The parties should confer and call courtroom deputy Lashanda Scott at (415) 522-3140 to calendar one of these dates (or such other date that they arrange with Ms. Scott).

**IT IS SO ORDERED.**

Dated: August 1, 2012

_____
LAUREL BEELER
United States Magistrate Judge

ORDER C 04-02776 JSW (LB), C 10-05974 JSW (LB)