IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEWCAL INDUSTRIES, INC., *et al.*,

    Plaintiffs,

v.

IKON OFFICE SOLUTIONS, *et al.*

    Defendants.

———————————————————

GLOBAL SERVICES, LLC, *et al.*,

    Plaintiffs,

v.

IKON OFFICE SOLUTIONS, *et al.*,

    Defendants.

No. C 04-2776-JSW
No. C 10-5974-JSW

**ORDER REFERRING MOTION FOR SANCTIONS TO MAGISTRATE JUDGE BEELER**

    On October 12, 2012, Defendants, IKON Office Solutions, Inc. and General Electric Capital Services, Inc., filed a Motion for Sanctions Against Plaintiff Newcal Industries, Inc. for Spoilation of Evidence.  Although Defendants take the position that the motion does not qualify as a discovery dispute, Defendants' motion does pertain to Newcal's conduct during discovery. Accordingly, pursuant to Northern District Civil Local Rule 72-1, the Court finds it appropriate to refer the motion to Judge Beeler in the first instance, either for resolution or, if needed, for purposes of preparing a report and recommendation.

    Accordingly, the Court vacates the hearing scheduled for January 11, 2013.

It is FURTHER ORDERED that the briefing schedule triggered by the filing of the motion shall remain in place, unless Judge Beeler orders otherwise.

**IT IS SO ORDERED.**

Dated: October 16, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Beeler
Lashanda Scott
Magistrate Referral Clerk