1    HENNEFER, FINLEY & WOOD, LLP      BLECHER & COLLINS, LLP
    JAMES A. HENNEFER (SBN 059490)     MAXWELL M. BLECHER (SBN 026202)
2    jhennefer@hennefer-wood.com       mblecher@blechercollins.com
    425 California Street, 19th Floor      DONALD PEPPERMAN (SBN 109809)
3    San Francisco, CA 94104        dpepperman@blechercollins.com
    Telephone: 415.421.6100        515 S. Figueroa, Suite 1750
4                       Los Angeles, CA 90071
    Attorneys for Plaintiffs         Telephone: 213.622.4222
5

6    CROWELL & MORING LLP       Attorneys for Plaintiffs
    KENT A. GARDINER (*pro hac vice*)
    kgardiner@crowell.com
7    SHARI ROSS LAHLOU (*pro hac vice*)   MUNGER, TOLLES & OLSON LLP
    slahlou@crowell.com         JOSEPH D. LEE (SBN 110840)
8    1001 Pennsylvania Avenue, N.W.    joseph.lee@mto.com
    Washington, DC 20004-2595      355 South Grand Avenue. 35th Fl.
9    Telephone: 202.624.2500       Los Angeles, CA 90071-1560
                      Telephone: 213.683.9100
10   BEATRICE B. NGUYEN (SBN 172961)
    bbnguyen@crowell.com
11   275 Battery Street, 23rd Floor     HOJOON HWANG (SBN 184950)
    San Francisco, CA 94111        hojoon.hwang@mto.com
12   Telephone: 415.365.7815        560 Mission Street, 27th Fl.
                      San Francisco, CA 94105-9781
13   BINGHAM MCCUTCHEN LLP      Telephone: 415.512.4000
    BRIAN C. ROCCA (SBN 221576)
14   brian.rocca@bingham.com       Attorneys for Defendant GE CAPITAL
    Three Embarcadero Center
15   San Francisco, CA 94111-4067
    Telephone: 415.393.2000
16

17   Attorneys for Defendant IKON

              UNITED STATES DISTRICT COURT
18
           NORTHERN DISTRICT OF CALIFORNIA
19
             SAN FRANCISCO DIVISION
20

| | |
|---|---|
| NEWCAL INDUSTRIES, INC., *et al.*,     Plaintiffs,        v.          IKON OFFICE SOLUTIONS, INC., *et al.*,     Defendants. | No. C 04-2776 JSW (LB) <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO STAY ACTION PENDING FINALIZATION OF SETTLEMENT AGREEMENT** |
| GLOBAL SERVICES, LLC, *et al.*,     Plaintiffs,        v.          IKON OFFICE SOLUTIONS, INC., *et al.*,     Defendants. | No. C 10-5974 JSW (LB) <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO STAY ACTION PENDING FINALIZATION OF SETTLEMENT AGREEMENT** |

Lines: 21, 22, 23, 24, 25, 26, 27, 28

Case Nos. 04-2776-JSW & 10-5974-JSW

1    Plaintiffs and Defendants in the above-captioned related actions (collectively, the

2    "Parties") hereby stipulate and agree that all litigation events and deadlines in these related

3    matters should be stayed through and including December 21, 2012, pending finalization of a

4    settlement agreement between all Parties.

5    In an effort to resolve these matters, the Parties have been working with a private

6    mediator, the Honorable Vaughn R. Walker (Ret.).  The parties have agreed that Chief Judge

7    Walker may assist the parties in finalizing the settlement agreement, if needed.

8    The Parties have reached an agreement in principle to resolve these matters.

9    In the interest of judicial efficiency, and to avoid undue prejudice to the Parties, the

10   Parties seek an order staying all litigation activity in these matters pending finalization of the

11   settlement agreement and dismissal papers.

12   NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

13   1.    All litigation activity in the above-referenced actions, including discovery events

14   and deadlines and pending motions, shall be stayed for a period of 24 days from the date of this

15   Stipulation, through and including December 21, 2012, to allow the Parties time to finalize the

16   settlement agreement and to dismiss these actions.

17   2.    On or before December 21, 2012, the Parties shall file the necessary dismissal

18   papers in furtherance of the settlement.

19   3.    If the Parties are unable to finalize the settlement and file dismissal papers by

20   December 21, 2012, the Parties shall advise the Court in writing on or before that date as to the

21   status of the settlement.  To the extent that any Party seeks to lift the stay and resume litigation of

22   these matters, that Party shall submit a proposed schedule for these matters that takes into

23   account the duration of the stay, but does not otherwise lengthen the schedule set forth in the

24   Civil Minute Order (*NewCal* D.I. 142; *Global Services* D.I. 66), the Order Scheduling Trial and

25   Pretrial Matters (*NewCal* D.I. 146), and the Order Continuing Case Management Conference and

26   Other Pretrial Deadlines (*NewCal* Docket No. 169, *Global Services* D.I. 92).

27   //

28   //

Case Nos. 04-2776-JSW & 10-5974-JSW

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING FINALIZATION OF SETTLEMENT AGREEMENT

1      IT IS SO STIPULATED.

2   Dated:  November 27, 2012          HENNEFER, FINLEY & WOOD, LLP

3

4                                     By: _____
                                          James A. Hennefer
5                                         Attorneys for Plaintiffs

6   Dated:  November 27, 2012          BINGHAM McCUTCHEN LLP

7

8                                     By: _____
                                          Brian C. Rocca
9                                         Attorneys for Defendant
                                          IKON Office Solutions, Inc.
10

11  Dated:  November 27, 2012          MUNGER TOLLES & OLSON LLP

12                                                       w/ permission
                                                              BCR
13                                    By: _____
                                          Joseph D. Lee
14                                        Attorneys for Defendant
                                          General Electric Capital Corporation
15

16      Pursuant to stipulation, IT IS SO ORDERED.

17  Dated: _____December 3_____, 2012

18

19                                    By: _____
                                          Jeffrey S. White
20                                        United States District Judge

21

22

23

24

25

26

27

28

Case Nos. 04-2776-JSW & 10-5974-JSW

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING FINALIZATION OF SETTLEMENT AGREEMENT