| | |
|---|---|
| 1 | HENNEFER, FINLEY & WOOD, LLP<br>JAMES A. HENNEFER (SBN 059490) |
| 2 | jhennefer@hennefer-wood.com<br>425 California Street, 19th Floor |
| 3 | San Francisco, CA 94104<br>Telephone: 415.421.6100 |
| 4 | |
| | Attorneys for Plaintiffs |
| 5 | |
| 6 | CROWELL & MORING LLP<br>KENT A. GARDINER (*pro hac vice*) |
| 7 | kgardiner@crowell.com<br>SHARI ROSS LAHLOU (*pro hac vice*) |
| 8 | slahlou@crowell.com<br>1001 Pennsylvania Avenue, N.W. |
| 9 | Washington, DC 20004-2595<br>Telephone: 202.624.2500 |
| 10 | BEATRICE B. NGUYEN (SBN 172961) |
| 11 | bbnguyen@crowell.com<br>275 Battery Street, 23rd Floor |
| 12 | San Francisco, CA 94111<br>Telephone: 415.365.7815 |
| 13 | BINGHAM MCCUTCHEN LLP |
| 14 | BRIAN C. ROCCA (SBN 221576)<br>brian.rocca@bingham.com |
| 15 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 16 | Telephone:  415.393.2000 |
| 17 | Attorneys for Defendant IKON |

HENNEFER, FINLEY & WOOD, LLP
JAMES A. HENNEFER (SBN 059490)
jhennefer@hennefer-wood.com
425 California Street, 19th Floor
San Francisco, CA 94104
Telephone: 415.421.6100

Attorneys for Plaintiffs

CROWELL & MORING LLP
KENT A. GARDINER (*pro hac vice*)
kgardiner@crowell.com
SHARI ROSS LAHLOU (*pro hac vice*)
slahlou@crowell.com
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: 202.624.2500

BEATRICE B. NGUYEN (SBN 172961)
bbnguyen@crowell.com
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.365.7815

BINGHAM MCCUTCHEN LLP
BRIAN C. ROCCA (SBN 221576)
brian.rocca@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000

Attorneys for Defendant IKON

BLECHER & COLLINS, LLP
MAXWELL M. BLECHER (SBN 026202)
mblecher@blechercollins.com
DONALD PEPPERMAN (SBN 109809)
dpepperman@blechercollins.com
515 S. Figueroa, Suite 1750
Los Angeles, CA 90071
Telephone: 213.622.4222

Attorneys for Plaintiffs

MUNGER, TOLLES & OLSON LLP
JOSEPH D. LEE (SBN 110840)
joseph.lee@mto.com
355 South Grand Avenue. 35th Fl.
Los Angeles, CA 90071-1560
Telephone:  213.683.9100

HOJOON HWANG (SBN 184950)
hojoon.hwang@mto.com
560 Mission Street, 27th Fl.
San Francisco, CA 94105-9781
Telephone:  415.512.4000

Attorneys for Defendant GE CAPITAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWCAL INDUSTRIES, INC., *et al.*,<br>Plaintiffs,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC., *et al.*,<br>Defendants. | No. C 04-2776 JSW (LB)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO STAY ACTION PENDING<br>FINALIZATION OF SETTLEMENT<br>AGREEMENT** |
| GLOBAL SERVICES, LLC, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC., *et al.*,<br>Defendants. | No. C 10-5974 JSW (LB)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO STAY ACTION PENDING<br>FINALIZATION OF SETTLEMENT<br>AGREEMENT** |

Case Nos. 04-2776-JSW & 10-5974-JSW

1    Plaintiffs and Defendants in the above-captioned related actions (collectively, the

2  "Parties") hereby stipulate and agree that all litigation events and deadlines in these related

3  matters should be stayed through and including December 21, 2012, pending finalization of a

4  settlement agreement between all Parties.

5    In an effort to resolve these matters, the Parties have been working with a private

6  mediator, the Honorable Vaughn R. Walker (Ret.).  The parties have agreed that Chief Judge

7  Walker may assist the parties in finalizing the settlement agreement, if needed.

8    The Parties have reached an agreement in principle to resolve these matters.

9    In the interest of judicial efficiency, and to avoid undue prejudice to the Parties, the

10  Parties seek an order staying all litigation activity in these matters pending finalization of the

11  settlement agreement and dismissal papers.

12    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

13    1.    All litigation activity in the above-referenced actions, including discovery events

14  and deadlines and pending motions, shall be stayed for a period of 24 days from the date of this

15  Stipulation, through and including December 21, 2012, to allow the Parties time to finalize the

16  settlement agreement and to dismiss these actions.

17    2.    On or before December 21, 2012, the Parties shall file the necessary dismissal

18  papers in furtherance of the settlement.

19    3.    If the Parties are unable to finalize the settlement and file dismissal papers by

20  December 21, 2012, the Parties shall advise the Court in writing on or before that date as to the

21  status of the settlement.  To the extent that any Party seeks to lift the stay and resume litigation of

22  these matters, that Party shall submit a proposed schedule for these matters that takes into

23  account the duration of the stay, but does not otherwise lengthen the schedule set forth in the

24  Civil Minute Order (*NewCal* D.I. 142; *Global Services* D.I. 66), the Order Scheduling Trial and

25  Pretrial Matters (*NewCal* D.I. 146), and the Order Continuing Case Management Conference and

26  Other Pretrial Deadlines (*NewCal* Docket No. 169, *Global Services* D.I. 92).

27  //

28  //

Case Nos. 04-2776-JSW & 10-5974-JSW

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING FINALIZATION OF SETTLEMENT AGREEMENT

IT IS SO STIPULATED.

Dated: November 27, 2012                HENNEFER, FINLEY & WOOD, LLP


                                        By: _____
                                              James A. Hennefer
                                              Attorneys for Plaintiffs

Dated: November 27, 2012                BINGHAM McCUTCHEN LLP


                                        By: _____
                                              Brian C. Rocca
                                              Attorneys for Defendant
                                              IKON Office Solutions, Inc.

Dated: November 27, 2012                MUNGER TOLLES & OLSON LLP

                                                            w/ permission
                                                                   BCR
                                        By: _____
                                              Joseph D. Lee
                                              Attorneys for Defendant
                                              General Electric Capital Corporation


        Pursuant to stipulation, IT IS SO ORDERED.

Dated: December 3      , 2012


                                        By: _____
                                              Jeffrey S. White
                                              United States District Judge

---

- 3 -                                   Case Nos. 04-2776-JSW & 10-5974-JSW

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING FINALIZATION OF SETTLEMENT AGREEMENT