| | |
|---|---|
| HENNEFER, FINLEY & WOOD, LLP<br>JAMES A. HENNEFER (SBN 059490)<br>425 California Street, 19th Floor<br>San Francisco, CA 94104-2296<br>Telephone: 415.421.6100<br>jhennefer@hennefer-wood.com<br><br>Attorneys for Plaintiffs<br><br>CROWELL & MORING LLP<br>KENT A. GARDINER (*pro hac vice*)<br>kgardiner@crowell.com<br>SHARI ROSS LAHLOU (*pro hac vice*)<br>slahlou@crowell.com<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: 202.624.2500<br><br>BEATRICE B. NGUYEN (SBN 172961)<br>bbnguyen@crowell.com<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: 415.365.7815<br><br>BINGHAM MCCUTCHEN LLP<br>BRIAN C. ROCCA (SBN 221576)<br>brian.rocca@bingham.com<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br><br>Attorneys for Defendant<br>IKON Office Solutions, Inc. | BLECHER & COLLINS, P.C.<br>MAXWELL M. BLECHER (SBN 026202)<br>mblecher@blechercollins.com<br>DONALD R. PEPPERMAN (SBN109809)<br>dpepperman@blechercollins.com<br>515 South Figueroa, Suite 1750<br>Los Angeles, CA 90071<br>Telephone: 213.622.4222<br><br>Attorneys for Plaintiffs<br><br>MUNGER, TOLLES & OLSON LLP<br>JOSEPH D. LEE (SBN 110840)<br>joseph.lee@mto.com<br><br>355 South Grand Avenue. 35th Fl.<br>Los Angeles, CA 90071-1560<br>Telephone: 213.683.9100<br><br>Attorneys for Defendant<br>General Electric Capital Corporation<br><br>HOJOON HWANG (SBN 184950)<br>hojoon.hwang@mt.com<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-9781<br>Telephone: 415.512.4000<br><br>Attorneys for Defendant GE CAPITAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWCAL INDUSTRIES, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>IKON OFFICE SOLUTIONS, *et al.*<br><br>    Defendants. | No. C 04-2776-JSW<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER FOR DISMISSAL OF RELATED ACTIONS WITH PREJUDICE**<br><br>Fed. R. Civ. P. Rule 41(a) |

---

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER FOR
DISMISSAL OF RELATED ACTIONS WITH PREJUDICE

*NewCal Industries, Inc., et al. v. IKON Office Solutions, Inc., et al.*
Case No. C-04-2776 JSW
*Global Services, LLC. et al. v. IKON Office Solutions, Inc. et al.*
Case No. C-10-5974 JSW

- 1 -

| | | |
|---|---|---|
| 1 | GLOBAL SERVICES, LLC, *et al.*, | No. C 10-~~5947~~ 5974 JSW |
| 2 | Plaintiffs, | |
| 3 | v. | **STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF RELATED ACTIONS WITH PREJUDICE** |
| 4 | IKON OFFICE SOLUTIONS, *et al.*, | |
| 5 | Defendants. | Fed. R. Civ. P. Rule 41(a) |
| 6 | | Judge: Honorable Jeffrey S. White |

Plaintiffs and Defendants in the above-captioned cases, through their respective counsel, hereby stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure as follows.

1. *NewCal, Industries, Inc. et al. v. IKON Office Solutions*, Inc. et al. Case, No. C-04-2776 JSW ("*NewCal*"), was filed on July 12, 2004 and is currently pending before this court.

2. *Global Services LLC, et al. v. IKON Office Solutions, Inc. et al.*, Case, No. C-10-5874 JSW, ("*Global Services*"), was filed on December 30, 2010 and is currently pending before this court.

3. *NewCal* and *Global Services* (together the "Litigation") became related cases by the Related Case Order filed in each case on February 1, 2011.

4. On December 3, 2012, the court signed and filed an order pursuant to stipulation of the parties in both the *NewCal* and *Global Services* cases staying all matters pending finalization of a settlement agreement between all parties in the Litigation. (Doc. Nos. 202 and 114)

5. The parties have now finalized the settlement agreement for the Litigation, and, pursuant to the December 3, 2012 order, so advise the court.

6. All parties who have appeared hereby stipulate, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to dismissal of both the *NewCal* and *Global Services* cases in their entirety, with prejudice, on the conditions that:

   a. each party shall bear its own costs and attorney fees; and

   b. the court shall retain jurisdiction to adjudicate post-dismissal issues in the Litigation, including enforcement of the settlement agreement and the Stipulated

STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF RELATED ACTIONS WITH PREJUDICE

*NewCal Industries, Inc., et al. v. IKON Office Solutions, Inc., et al.*
Case No. C-04-2776 JSW
*Global Services, LLC. et al. v. IKON Office Solutions, Inc. et al.*
Case No. C-10-5974 JSW

- 2 -

Protective Order for Related Cases entered on August 29, 2011 (Doc. Nos. 133 and 54).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated: January 4, 2013               CROWELL & MORING LLP


                                     By:      /s/Shari R. Lahlou
                                           Shari R. Lahlou
                                           Attorneys for Defendant
                                           IKON Office Solutions, Inc.

Dated: January 4, 2013               BINGHAM McCUTCHEN LLP


                                     By:      /s/ Brian C. Rocca
                                           Brian C. Rocca
                                           Attorneys for Defendant
                                           IKON Office Solutions, Inc.

Dated: January 4, 2013               MUNGER TOLLES & OLSON LLP


                                     By:      /s/ Joseph D. Lee
                                           Joseph D. Lee
                                           Attorneys for Defendant
                                           General Electric Capital Corporation

Dated: January 4, 2013               HENNEFER FINLEY & WOOD LLP


                                     By:      /s/ James A. Hennefer
                                           James A. Hennefer
                                           Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER FOR                *NewCal Industries, Inc., et al. v. IKON Office Solutions, Inc., et al.*
DISMISSAL OF RELATED ACTIONS WITH PREJUDICE         Case No. C-04-2776 JSW
                                                    *Global Services, LLC. et al. v. IKON Office Solutions, Inc. et al.*
                                                    Case No. C-10-5974 JSW

- 3 -

1  IT IS SO ORDERED:

3  Dated: January 4, 2013     By _____
                                    Jeffrey S. White
                                    United States District Court Judge

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL OF RELATED ACTIONS WITH PREJUDICE

*NewCal Industries, Inc., et al. v. IKON Office Solutions, Inc., et al.*
Case No. C-04-2776 JSW
*Global Services, LLC. et al. v. IKON Office Solutions, Inc. et al.*
Case No. C-10-5974 JSW

- 4 -