| | |
|---|---|
| HENNEFER, FINLEY & WOOD, LLP<br>JAMES A. HENNEFER (SBN 059490)<br>425 California Street, 19th Floor<br>San Francisco, CA 94104-2296<br>Telephone: 415.421.6100<br>jhennefer@hennefer-wood.com<br><br>Attorneys for Plaintiffs<br><br>CROWELL & MORING LLP<br>KENT A. GARDINER (*pro hac vice*)<br>kgardiner@crowell.com<br>SHARI ROSS LAHLOU (*pro hac vice*)<br>slahlou@crowell.com<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: 202.624.2500<br><br>BEATRICE B. NGUYEN (SBN 172961)<br>bbnguyen@crowell.com<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: 415.365.7815<br><br>BINGHAM MCCUTCHEN LLP<br>BRIAN C. ROCCA (SBN 221576)<br>brian.rocca@bingham.com<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br><br>Attorneys for Defendant<br>IKON Office Solutions, Inc. | BLECHER & COLLINS, P.C.<br>MAXWELL M. BLECHER (SBN 026202)<br>mblecher@blechercollins.com<br>DONALD R. PEPPERMAN (SBN109809)<br>dpepperman@blechercollins.com<br>515 South Figueroa, Suite 1750<br>Los Angeles, CA  90071<br>Telephone: 213.622.4222<br><br>Attorneys for Plaintiffs<br><br>MUNGER, TOLLES & OLSON LLP<br>JOSEPH D. LEE (SBN 110840)<br>joseph.lee@mto.com<br><br>355 South Grand Avenue. 35th Fl.<br>Los Angeles, CA 90071-1560<br>Telephone: 213.683.9100<br><br>Attorneys for Defendant<br>General Electric Capital Corporation<br><br>HOJOON HWANG (SBN 184950)<br>hojoon.hwang@mt.com<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-9781<br>Telephone: 415.512.4000<br><br>Attorneys for Defendant GE CAPITAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWCAL INDUSTRIES, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>IKON OFFICE SOLUTIONS, *et al.*<br><br>    Defendants. | No. C 04-2776-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF RELATED ACTIONS WITH PREJUDICE**<br><br>Fed. R. Civ. P. Rule 41(a) |

---

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF RELATED ACTIONS WITH PREJUDICE

*NewCal Industries, Inc., et al. v. IKON Office Solutions, Inc., et al.*
Case No. C-04-2776 JSW
*Global Services, LLC. et al. v. IKON Office Solutions, Inc. et al.*
Case No. C-10-5974 JSW

- 1 -

| | |
|---|---|
| GLOBAL SERVICES, LLC, *et al.*, | No. C 10-~~5947~~ 5974 JSW |
| Plaintiffs, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF RELATED ACTIONS WITH PREJUDICE** |
| IKON OFFICE SOLUTIONS, *et al.*, | |
| Defendants. | Fed. R. Civ. P. Rule 41(a) |
| | Judge: Honorable Jeffrey S. White |

Plaintiffs and Defendants in the above-captioned cases, through their respective counsel, hereby stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure as follows.

1. *NewCal, Industries, Inc. et al. v. IKON Office Solutions*, Inc. et al. Case, No. C-04-2776 JSW ("*NewCal*"), was filed on July 12, 2004 and is currently pending before this court.

2. *Global Services LLC, et al. v. IKON Office Solutions, Inc. et al.*, Case, No. C-10-5874 JSW, ("*Global Services*"), was filed on December 30, 2010 and is currently pending before this court.

3. *NewCal* and *Global Services* (together the "Litigation") became related cases by the Related Case Order filed in each case on February 1, 2011.

4. On December 3, 2012, the court signed and filed an order pursuant to stipulation of the parties in both the *NewCal* and *Global Services* cases staying all matters pending finalization of a settlement agreement between all parties in the Litigation. (Doc. Nos. 202 and 114)

5. The parties have now finalized the settlement agreement for the Litigation, and, pursuant to the December 3, 2012 order, so advise the court.

6. All parties who have appeared hereby stipulate, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to dismissal of both the *NewCal* and *Global Services* cases in their entirety, with prejudice, on the conditions that:

   a. each party shall bear its own costs and attorney fees; and

   b. the court shall retain jurisdiction to adjudicate post-dismissal issues in the Litigation, including enforcement of the settlement agreement and the Stipulated

STIPULATION AND [~~PROPOSED~~] ORDER FOR
DISMISSAL OF RELATED ACTIONS WITH PREJUDICE

*NewCal Industries, Inc., et al. v. IKON Office Solutions, Inc., et al.*
Case No. C-04-2776 JSW
*Global Services, LLC. et al. v. IKON Office Solutions, Inc. et al.*
Case No. C-10-5974 JSW

- 2 -

Protective Order for Related Cases entered on August 29, 2011 (Doc. Nos. 133 and 54).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated: January 4, 2013                    CROWELL & MORING LLP


By:  /s/Shari R. Lahlou

Shari R. Lahlou
Attorneys for Defendant
IKON Office Solutions, Inc.

Dated: January 4, 2013                    BINGHAM McCUTCHEN LLP


By:  /s/ Brian C. Rocca

Brian C. Rocca
Attorneys for Defendant
IKON Office Solutions, Inc.

Dated: January 4, 2013                    MUNGER TOLLES & OLSON LLP


By:  /s/ Joseph D. Lee

Joseph D. Lee
Attorneys for Defendant
General Electric Capital Corporation

Dated: January 4, 2013                    HENNEFER FINLEY & WOOD LLP


By:  /s/ James A. Hennefer

James A. Hennefer
Attorneys for Plaintiffs

---

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER FOR
DISMISSAL OF RELATED ACTIONS WITH PREJUDICE

*NewCal Industries, Inc., et al. v. IKON Office Solutions, Inc., et al.*
Case No. C-04-2776 JSW
*Global Services, LLC. et al. v. IKON Office Solutions, Inc. et al.*
Case No. C-10-5974 JSW

- 3 -

IT IS SO ORDERED:

Dated: January 4, 2013            By: _____
                                      Jeffrey S. White
                                      United States District Court Judge

---

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL OF RELATED ACTIONS WITH PREJUDICE

*NewCal Industries, Inc., et al. v. IKON Office Solutions, Inc., et al.*
Case No. C-04-2776 JSW
*Global Services, LLC. et al. v. IKON Office Solutions, Inc. et al.*
Case No. C-10-5974 JSW

- 4 -